ACCEPTED
03-14-00563-CR
5546117
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 1:14:25 PM
JEFFREY D. KYLE
CLERK

# JAMES H. KREIMEYER
**ATTORNEY AT LAW**

P.O. BOX 727                 BOARD CERTIFIED-CRIMINAL LAW              (254) 939-9393
BELTON, TEXAS 76513     TEXAS BOARD OF LEGAL SPECIALIZATION        FAX (254) 939-2870

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/4/2015 1:14:25 PM

JEFFREY D. KYLE
Clerk

June 4, 2015

Hon. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:  Tarsha Yvonne Wiley vs. The State of Texas
     Cause No. 03-14-00563-CR

Dear Mr. Kyle:

     This is to inform the Court of Appeals that I, as
attorney on appeal, have complied with Rule 48.4 of the
Texas Rules of Appellate procedure by sending a copy of the
Court's Opinion in the above referenced case.  This was done
within five (5) days after the opinion was rendered.

     Enclosed please find a copy of the return receipt.
Please cause this letter and copy to be filed in this
matter.


Yours truly,

/s/ James H. Kreimeyer

James H. Kreimeyer

JHK:ar

Encl.

**SENDER:** *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tarsha Yvonne Wiley
TDCJ# 01941874
Lockhart Private Institution
P.O. Box 1170
Lockhart TV 78644

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _MrAndrew_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
Michell Andrews   6-2-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)

7014 2870 0001 7415 0591

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540